

**NUMBER 13-07-700-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE STATE OF TEXAS FOR THE BEST INTEREST
AND PROTECTION OF J.M.**

---

**On Appeal from the Probate Court
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on January 9, 2008. On January 30, 2008, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. Appellant has not responded to this

notice. Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.

The Court, having considered the documents on file and appellant's failure to file his brief, is of the opinion that the appeal should be dismissed.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 24th day of April, 2008.